United States Supreme Court
One First Street N.E.
  Washington D.C. 20543

Before The Court

CIVIL CASE NUMBER

(
(
ALAN GEATZ                              (
(
(    _____

Plaintiff

VS

ROGER MARIS ESTATE ,

Alledgelly from DENT , Minnesota

and STAR LAKE , Minnesota

Defendant.

As polygraph exams will prove these words , in this COMPLAINT , a-
s the conspiracy's and criminal conspiracy's CONTINUED against me
ALAN GEATZ all through the NINETEEN SIXTY'S and on up to the pres-
ent day periodically , as the conspiracy's and criminal conspirac-
y's alledgelly started in the CHICAGO area , in the NINETEEN
TWENTY'S as the alledged conversay tions and criminal conversatio-
ns alledgelly started in the CHICAGO area , between ORGANIZED CRI-
ME PEOPLE , , as I Alan Geatz alledge that RECORDS were kept two those

true WORDS. Dated this twenty eighth Day of NOV, year AND tw
ALAN GEATZ Don't Mist

United States Supreme Court
One First Street N.E.
Washington D.C. 20543

Before The Court

PAGE TWO OF CIVIL COMPLAINT

against ROGER MARIS , FAMOUS

BASEBALL PLAYER 'S ESTATE . .

(
(   CIVIL CASE NUMBER
(
(
(
(
(_____
(
(

POLYGRAPH EXAMS WILL PROVE THESE WORDS.

As I Alan Geatz alledge that physical records were kept directly

and indirectly concerning my INCAPACITATE situation . As I

Alan Geatz also alledge that ROGER MARIS , famous baseball player

CONSPIRED and CRIMINALLY CONSPIRED against me Alan Geatz back

in the NINETEEN FORTY'S BEFORE I ALAN GEATZ was born in the

NINETEEN FIFTY'S , in the year of NINETEEN FIFTY THREE ON THE

TWELPTH DAY . , at the City of Grand Forks, North Dakota ,

near COLUMBIA ROAD , in the old SAINT MICHAEL'S Hospital , that

the BUILDING IS a part of the University of North Dakota , at

Grand Forks, North Dakota , in the UNITED STATES . As I Alan Geat-

z also alledge that my BIRTH CERTIFICATE was forged and is forged

to make it look like ADAM GEATZ IS MY BIRTH FATHER , when I Alan

Geatz alledge that WILLIAM GEATZ is my birth Father , as I

Alan Geatz alledge that WILLIAM GEATZ CRAWLLED on top of my

Mother Clarice Bergan Geatz , at the physical address of

Twenty two nineteen  First Avenue North , Grand Forks, North

Dakota United States . These words are true words . two thousand

Dated this _twenty Eighth_ day of _November_ year _and Twenty._

Alan GEATz
Alan L. Geatz

United States Supreme Court
One First Street N.E.
Washington D.C. 20543

Before The Court

PAGE NUMBER THREE OF

COMPLAINT AGAINST ROGER MARIS , FAMOUS BASEBALL

PLAYER , WHO PLAYED BASEBALL FOR THE

NEW YORK YANKEES , IN THE NINE

(    CIVIL CASE NO.
(
(
(
(
(
( _____
(

TEEN SIXTY'S

POLYGRAPH EXAMS WILL PROVE THESE WORDS .

And I Alan Geatz also alledge that physical records were kept ,

indirectly and directly CONCERNING my INCAPACITATE SITUATION ,

that I Alan Geatz say STARTED in the year of NINETEEN FIFTY THREE

as I Alan Geatz alledge that WILLIAM GEA TZ SEXUALLY ATTACKED me

Alan Geatz when I Alan Geatz was a baby at the PHYSICAL address

of Twenty two NINETEEN First Avenue North , in the City of Grand

Forks, North Dakota , As I Alan Geatz alledge that William Geatz

inserted his erect penis into the VAJINA of my MOTHER Clarice Ber⌐

gan Geatz in the year of NINETEEN FIFTY TWO , NINE MONTHS before

I Alan Geatz was born , in the year of NINETEEN FIFTY THREE ,

IN THE MONTH OF JULY . , as POLYGRAPH EXAMS will prove that too .

I Alan Geatz also alledge that DENNIS LAMOINE , who owned

DENNY'S TAVERN in the CITY OF GRAND FORKS, NORTH DAKOTA , on

SOUTH WASHINGTON STREET , alledgelly gave  William Geatz the

ORDERS and possible Criminal ORDERS to crawl on top of my mother

CLARICE BERGAN GEATZ and get her pregnant. .. True words two thousand

Dated this ___twenty Eighth___ day of __November__ year __two thousand AND twenty__

ALAN GEATZ
Alan L. Geatz

United States Supreme Court
One First Street N.E.
Washington D.C. 20543

Before the Court

| | ( CIVIL CASE NUMBER |
|---|---|

PAGE NUMBER FOUR OF COMPLAINT

AGAINST ROGER MARIS ESTATE , THE

FAMOUS BASEBALL PLAYER WHO

PLAYED BASEBALL FOR THE NEW YORK

YANKEES , IN THE YEARS OF THE NINETEEN SIXTY'S .

POLYGRAPH EXAMS WILL PROVE THESE WORDS .

As I Alan Geatz do not remember seeing William Geatz , at the

Wedding of Jon or JOHN and DELL LAMOINE , and I Alan Geatz also

do not remember seeing WILLIAM GEATZ at the wedding reception

that was held at DENNIS LAMOINE'S GARAGE as DENNIS LAMOINE

HAD A BAR , set up in the garage , as DENNIS LAMOINE was

serving drinks to the guests and family members , as WILLIAM

GEATZ was alledgelly at the bar of DENNY'S TAVERN on SOUTH

WASHINGTON STREET , As William Geatz was alledgelly tending bar

, if I Alan Geatz remember correctly what I Alan Geatz *possibly* was told .

As I Alan Geatz threw rice at JOHN and DEL  LAMOINE while they

were sitting in their car as DEL LAMOINE HID HER FACE as I

Alan Geatz threw the rice at them as they sat in JOHN LAMOINE'S

car , as JOHN LAMOINE told me Alan Geatz , " YOU'RE GOING TO PAY

FOR THAT ALAN ! " as I Alan Geatz was about TEN YEARS old or

younger at that time , as they drove North Twords MANVEL ,

NORTH DAKOTA , that they were alledgelly on their way to WINNEPEG,

These words are true words .

Dated this _Twenty Eighth_ day of _NOVEMBER_ year _two thousand and twenty._

ALAN GEATZ
Alan L. Geatz

United States Supreme Court
One First Street N.E.
Washington D.C. 20543

Before The Court

CIVIL CASE NUMBER

PAGE NUMBER FIVE OF

COMPLAINT AGAINST ROGER MARIS ESTATE ,

THE FAMOUS BASEBALL PLAYER WHO

PLAYED BASEBALL FOR

~~POLYGRAPH EXAM WILL~~ PROVE THESE WORDS .

IN THE NINETEEN SIXTY'S

POLYGRAPH EXAMS WILL PROVE THESE WORDS.
As my COUSIN KEN HUNT and ROGER MARIS , PLAYED BASEBALL together
at the OLD CHIEF'S BASEBALL STADIUM in the nineteen forty's and
nineteen fifty's , as they were DRAFTED INTO THE BIG LEAGUE
BASEBALL SYSTEM BY some person that I was told was a scout ,
of some sort as they were definately drafted together , ,
as I Alan Geatz seen my cousin KEN HUNT on the FIELD when I
Alan Geatz was three years old , and my mother CLARICE BERGAN
GEATZ dropped me Alan Geatz and my sister KAREN MARIE GEATZ  off
at the baseball stadium , and my mother Clarice Bergan Geatz
gave my sister Karen Marie Geatz either THREE DOLLERS or FOUR
DOLLARS and told us to go to the game , while she either went sho
pping or she was going to go to the bar as she dropped us off
with that old blue four door FORD that our family had . , as I
Alan Geatz do remember that my sister Karen Marie Geatz bought a
Large PEPSI , or COKE , and a large POPCORN , as we ate the pop
corn and drank the pop as my cousin KEN HUNT , came out onto the
field and yelled at me Alan Geatz " LOOK at me Alan !" "I'M
playing BASEBALL ! " This is my BASEBALL GLOVE ! " TRUE WORDS
Dated this 28th day o 7 Novem Bu year two thousand

United States Supreme Court
One First Street N.E.
Washington D.C. 20543

Before The Court

                              (  CIVIL CASE NUMBER
                              (
                              (
PAGE NUMBER SIX              (
                              (  _____
OF CIVIL COMPLAINT AGAINST   (
                              (
ROGER MARIS , FAMOUS BASEBALL PLAYER'S ESTATE .

As Polygraph exams will prove these words , .  And my cousin
KEN HUNT ALSO SAID TO ME ALAN GEATZ , " THIS IS MY BASEBALL ! "
As my sister Karen Marie Geatz said to me Alan Geatz ,
" LOOK AT KEN ! LOOK AT KEN ALAN ! " KEN IS PLAYING BASEBALL !
As the players were obviously in between innings . , as I Alan
Geatz did not meet the Famous Baseball player ROGER MARIS
as me Alan Geatz and my sister Karen Marie Geatz , went up into
the baseball stadium I Alan Geatz told my sister Karen Marie
Geatz to buy me Alan Geatz a hot dog . as we walked by the
HOT DOG STAND . as I said " Buy me a Hot dog . " and my sister
Karen Marie Geatz said to me Alan Geatz " We can't afford it . "
as I Alan          GEATZ KNEW THAT    MY SISTER KAREN MARIE
GEATZ , was LYING to me Alan Geatz , as I my brain thought that
she was lying to me Alan Geatz . as I Alan Geatz knew that my
sister Karen Marie Geatz had money on her . , so I Alan
geatz made a mental note in the back of my mind , as we left the
baseball stadium .. These words are true words   two thousand
Dated this twenty ninth day of November year AND twenty.

ALAN GEATZ.
Alan J. Geatz

United States Supreme Court
One First Street N.E.
Washington D.C. 20543

Before The Court

CIVIL CASE NUMBER

Page Number Seven

of CIVIL COMPLAINT against

the FAMOUS BASEBALL PLAYER

ROGER MARIS , ESTATE

ᴎho is ALLEDGELLY at the toᴎn

of DENT MINNESOTA , and

STAR LAKE , MINNESOTA ..

POLYGRAPH EXAMS ᴎill prove these ᴎords .

The year ᴎas about NINETEEN FIFTY SIX , as me Alan Geatz left the stadium and ᴎe got into my parents BLUE  FOUR DOOR FORD . as my mother Clarice Bergan Geatz picked us up outside of the stadium . , then ᴎe drove aᴎay . , as Karen Marie Geatz and me Alan Geatz got into the car and my mother Clarice Bergan Geatz drove Aᴎay .

As in the year of NINETEEN SIXTY , on the day of THANKSGIVING many of my family members ᴎere at the Thanksgiving dinner table as I Alan Geatz ᴎas sitting next to my cousin KEN HUNT as I Alan Geatz ᴎas sitting on his left side , as I Alan Geatz ᴎas finishing my turkey dinner as my cousin Ken Hunt asked me Alan Geatz " Are you finished ᴎith your thanksgiving dinner Alan ? " and I Alan Geatz told my cousin KEN HUNT , " Yes I'M finished ᴎith my dinner . "  These ᴎords are  true ᴎords . TWO THOUSANⅮ

Dated this _twenty ninth_ day of _NOVEMBER_ year AND twenty.

ALan GEAtz
Alan L. Geat

United States Supreme Court
One First Street N.E.
Washington D.C. 20543

Before The Court

CIVIL COMPLAINT NO.

PAGE NUMBER EIGHT OF

CIVIL COMPLAINT against

ROGER MARIS , FAMOUS BASEBALL PLAYER'S ESTATE

who's estate is alledgelly at the

town of DENT , N MINNESOTA

and STAR LAKE , MINNESOTA "

POLYGRAPH EXAMS will prove these words .

Then my cousin KEN HUNT said to me Alan Geatz , " Go into the

living room and wait there while the family visits . " As I

Alan Geatz looked at my dad Adam Geatz , and my dad Adam Geatz ,

and my mother Clarice Bergan Geatz both looked at me Alan Geatz ,

as my cousin KEN HUNT appeared to be looking down twords the

dinner table , as he was waiting for me Alan GEAT2 to get off of

my chair and go into the living room , If I Alan Geatz remember

exactly the position of his head , my cousin KEN HUNT'S Head .

As I Alan Geatz walked past Ken Hunt's Chair and walked into the

LIVING ROOM of PERCY HUNT'S and my AUNT Mary Geatz Hunt's House

as I walked into the living room and my cousin Bobby Hunt was

sitting in the living room , as he was GIGGLEING at me Alan

Geatz as I Alan Geatz stood there and looked at him and I looked

at the rest of my family members who were sitting at the table.

True words. Dated this ___twenty Ninth___ day of ___NovemBer___ year ___AND twenty.___ two thousand.

ALAN GEAT2

United States Supreme Court
One First Street N.E.
Washington D.C. 20543

Before The Court

PAGE NUMBER NINE of                          (   CIVIL CASE NUMBER
                                             (
CIVIL COMPLAINT against                      (
                                             (
ROGER MARIS  FAMOUS BASEBALL PLAYER          (
                                             (
who's ~~some~~ estate is alledgelly          (   ——————————————————
                                             (
at the town of DENT , MINNESOTA

and STAR LAKE MINNESOTA

UNITED STATES .

POLYGRAPH EXAMS will prove these words .

As I ALAN GEATZ was looking for my other COUSIN JANICE HUNT

as I Alan Geatz could not see my cousin JANICE HUNT , as I Alan

GEATZ was a ring bearrer at her WEDDING at SAINT MICHAELS CHURCH

in GRAND FORKS, NORTH DAKOTA in about the year of nineteen ~~xxxx~~

SIXTY . , as BETH NASTAD was the FLOWER GIRL at the WEDDING . as

my mother CLARICE BERGAN GEATZ told me Alan Geatz that my ~~xxxx~~

cousin's JANICE HUNT'S FIRST HUSBAND , PASSED ON , many years ago.

These words are true words .

Dated this _twenty Ninth_ day of _November_ year _two thousand and twenty_

ALAN GEATZ

Alan L. Geatz

```
                    United States Supreme Court
                    One First Street N.E.
                    Washington D.C. 20543

                      Before The Court


                                        CIVIL CASE NUMBER
                                    (
                                    (
PAGE NUMBER TEN DATED               (
                                    (
NOVEMBER TWENTYNINTH                (
                                    (
YEAR TWO THOUSAND AND               (
                                    (   _____
TWENTY , OF CIVIL COMPLAINT         (

AGAINST ROGER MARI'S ESTATE

AT DENT , MINNESOTA , and ALSO

ALLEDGELLY STAR LAKE , MINNESOTA .



POLYGRAPH EXAMS WILL PROVE THESE WORDS .
```

While my cousin KEN HUNT AND ME ALAN GEATZ were sitting at the
THANKSGIVING DINNER TABLE in the year of NINETEEN SIXTY , at ⬛⬛⬛

PERCY HUNT'S HOUSE AND MY AUNT MARY GEATZ HUNT'S HOUSE on FOURTH
AVENUE NORTH , about ONE BLOCK EAST OF NORTH WASHINGTON STREET as
my cousin KEN HUNT asked me ALAN GEATZ , SO Alan , WOULD YOU LIKE
TO BE A MOVIE STAR WHEN YOU GROW UP ? " and I Alan Geatz answered
my cousin KEN HUNT BY SAYING , " YES , I WOULD LIKE THAT . "
Then My COUSIN KEN HUNT said to me , " ALL RIGHT THEN . "   " WE
WILL SEE WHAT WE CAN DO . "   AS I Alan Geatz looked at my father
Adam Geatz , as he and my mother CLARICE BERGAN GEATZ were
sitting across the DINNER TABLE . TRUE WORDS.

Dated this __Twenty Ninth__ day of __November__ year __two thousand AND twenty__

__ALAN__    __GEATZ__
__Alan L. Geatz__

United States Supreme Court
One First Street N.E.
Washington D.C.20543

Before The Court

|  |  |
|---|---|
| ( | CIVIL CASE NUMBER |

Page NUMBER ELEVEN OF

CIVIL COMPLAINT  AGAINST

ROGER MARI'S ESTATE

THE DATE OF THIS DOCUMENT IS

DATED NOVEMBER TWENTY NINTH

IN THE YEAR OF TWO THOUSAND

AND TWENTY .

POLYGRAPH EXAMS WILL PROVE THESE WORDS .


As the alledged LIQUOR saturated CONSPIRACY and CRIMINAL CONSPIRA-
CY alledgelly CONTINUE against me Alan Geatz , a severly disabled
American tax payer , who did my duty for my country , the UNITED
STATES . As I Alan Geatz served in the UNITED STATES MARINES ,
at San Onofre , at Camp pendelton, California . , in the year s
of NINETEEN SEVENTY TWO AND NINETEEN SEVENTY THREE . As I Alan
Geatz am experiancing INCAPACITATE , . I Alan Geatz would like
to also say in this COMPLAINT of CIVIL LITIGATION against
ROGER MARI'S ESTATE that in about the month of AUGUST , of the
year of TWO THOUSAND AND TWENTY . my FAUCET was leaking and
Nearly completely broken down , as I Alan Geatz reported the
leaky faucet to the LANDLORDS JOEL AND CONNIE GROTHMANN , as they
alledgelly own this building , that I Alan Geatz live in , two Hous
True Words.  Dated this 29+H day of NOVEMBER year AND twen

ALAN GEATZ
Alan L. Geatz

United States Supreme Court
One First Street N.E.
Washington D.C. 20543

Before The Court

|  |  |
|---|---|
| PAGE NUMBER TWELVE OF | ( |
| CIVIL COMPLAINT | ( |
| against THE ESTATE | ( |
| of ROGER MARIS FAMOUS | ( |
| BASEBALL PLAYER . | ( |

(   CIVIL CASE NUMBER

_____

POLYGRAPH EXAMS WILL PROVE THESE WORDS .

As Connie and Joel Grothmann alledgelly called a plumber , and
made an appointment to have my leaky faucet fixed , or replaced

As a man came to the Apartment of NUMBER TWO of the Physical
address of Eleven twenty two , first Avenue South , in the city
of FARGO , NORTH DAKOTA , across the street from DUFFY'S Bar ,
off of FIRST AVENUE SOUTH , in the month of AUGUST OF THE YEAR OF
TWO THOUSAND AND TWENTY . A man came to the Apartment , who resem-
bled the FAMOUS BASEBALL PLAYER , ROGER MARIS , , as he assembled
the pipes under the sink , the kitchen sink , and he gave me
ALAN GEATZ SOME BASIC INSTRUCTION on how to run the NEW SINK
FAUCET , as POLYGRAPH EXAMS WILL PROVE THESE WORDS TOO . AS today
's date is , NOVEMBER  TWENTY NINTH , of the year TWO THOUSAND
and TWENTY BEFORE SIX THIRTY P.M. CENTRAL TIME . ...

These words are true words .

Dated this _____twenty Ninth_____ day of ___November___ year _two thousand AND twenty._

ALAN GEATZ
Alan L. Geatz

United States Supreme Court
One First Street N.E.
Washington D.C.20543

Before The Court

CIVIL CASE NUMBER

|  |  |
|---|---|
| PAGE NUMBER THIRTEEN | ( |
| OF CIVIL LITIGATION | ( |
| OF ROGER MARIS , FAMOUS | ( |
| BASEBALL PLAYER | ( |
| WHO PLAYED BASDEBALL FOR | ( |
| THE NEW TORK | ( |
| YANKEES  IN THE | |
| NINETEEN SIXTY'S , AS SO DID | |

KEN HUNT .

This Date is November twenty ninth

SUNDAY AT about NINE P.M. CENTRAL TIME .

POLYGRAPH EXAMS WILL PROVE THESE WORDS .


As Polygraph exams will prove these words , as I Alan Geatz

alledge that WILLIAM GEATZ arranged for me Alan Geatz to play

in the KITCHEN of the apartment BUILDING that they lived in over

on NEAR  South Washington Street , in the city of Grand Forks,

North Dakota , as MARGE THURLOW GEATZ told me Alan Geatz , and

it was either DAVID GEATZ  or Michael Geatz to play in the

KITCHEN of the sub level APARTMENT BUILDING that they lived in

over East  of SOUTH WASHINGTON Street , as the LIQUOR SATURATED

BRAINWASHING CONDUCT and FRAMEUP CONDUCT  Continued against me

as I Alan Geatz was TEN YEARS old at that time , as the year was

TRUE WORDS. Dated this 29th Day of NOV year two thousand

United States Supreme Court
One First Street N.E.
Washington D.C. 20543

Before The Court

|  | ( | CIVIL CASE NUMBER |
|  | ( |  |
|  | ( |  |
| PAGE NUMBER FOURTEEN | ( |  |
|  | ( |  |
| OF CIVIL LITIGATION | ( |  |
|  | ( |  |
| against the ESTATE OF ROGER | ( |  |
|  | ( | _____ |
| MARIS , THE FAMOUS BASEBALL | ( |  |
|  | ( |  |
| PLAYER WHO BROKE BABE | ( |  |
|  | ( |  |
| RUTH'S HOME RUN RECORD . . |  |  |

POLYGRAPH EXAMS WILL PROVE THESE WORDS . .

As the year was about NINETEEN SIXTY THREE as Marge Thurlow Geatz
WHEELED NATALIE GEATZ BUGBEE'S CRIB BASKET as she was just a
little baby in NINETEEN SIXTY THREE , into the KITCHEN and
MARGE GEATZ STARTED TO CHANGE HER DIAPER as me and either
MIKE GEATZ or DAVID GEATZ were playing in the KITCHEN as MARGE
THURLOW GEATZ ordered us KIDS TO PLAY in this exact certain spot
in the KITCHEN on the TILE floor , as WILLIAM GEATZ sat in the
LIVING ROOM ,and alledgelly watched television , as he was
about Eight to ten Feet away from me Alan Geatz as he appeared to
be looking at me Alan Geatz out of the corner of his LEFT eyes
These words are true words .
Dated this _Twenty Ninth_ day of _November_ year _AND twenty_ _two thousand_

ALAN GEATZ
Alan L. Geatz

```
                    United States Supreme Court
                    One First Street N.E.
                    Washington D.C. 20543

                  Before The Court
                                CIVIL CASE NUMBER
                            (
PAGE NUMBER FIFTEEN         (
                            (
OF CIVIL LITIGATION         (
                            (
CONCERNING the ESTATE OF    (
                            (  _____
ROGER MARIS , FAMOUS BASEBALL PLAYER

WHO BROKE BABE RUTH'S HOME RUN RECORD .


POLYGRAPH EXAMS WILL PROVE THESE WORDS .
```

As William Geatz also had his feet proped up on some sort of a chair or a stool , of some sort . , as I Alan Geatz have had some time to think about the situation as it is possible and was possible that William Geatz possibly had a VIDEO camera of some sort possibly positioned in the kitchen , somewhere to possibly film Marge Geatz leaving Natalie Geatz , in her crib , as she went to get a fresh diaper , as my INCAPACATITE BRAIN was brainwashed to assult Natalie or touch Natalie Geatz , as the situation is clearly identified as a frameup , of my severly brainwashed , INCAPACATITE DISABLED BRAIN , as, these words clearly explain the conspiracy and criminal conspiracy , that these people displayed to me Alan Geatz when I Alan Geatz was a little boy and a baby . True Words .

Dated this ___twenty Ninth___ day of ___November___ year ___two thousand AND Twenty___.

ALAN GEATZ
Alan L. Geatz

United States Supreme Court
One First Street N.E.
Washington D.C. 20543

Before The Court

CIVIL CASE NUMBER

PAGE NUMBER SIXTEEN                    (
                                      (
of  CIVIL LITIGATION                  (
                                      (
against ROGER MARIS                   (
                                      (
ESTATE   , WHO BROKE                  (
                                      ( _____
BABE RUTH'S HOME RUN BASEBALL

RECORD .


POLYGRAPH EXAMS

WILL PROVE THESE WORDS .


POLYGRAPH EXAMS WILL PROVE THESE WORDS .

As Marge Thurlow Geatz  said " I'LL be  right back as NATALIE

GEATZ was laying in the BABY BASKET , NAKED as I Alan Geatz

reached into the baby basket and touched  Natalie Geatz 's

VAJIANA  as Natalie Geatz laid there NAKED and SMILING at me

ALAN GEATZ as MARGE THURLOW  GEATZ came out of the bedroom

with a fresh diaper and gave me Alan Geatz a dirty look as

I Alan Geatz went back to either playing with either DAVID

GEATZ  or MIKE GEATZ as the conspiracy and Frame up of my

SEVERLY DISABLED  SEVERLY INCAPACATITE BRAIN

continued to experiance more inflicted TRAUMAS . TRUE WORDS.

Dated this ___thirty th___ day of _NOVEMBER_ year _two + Housand and twenty_

ALAN GEATZ

Alan L. Geatz

United States Supreme Court
One First Street N.E.
Washington D.C. 20543

Before The Court

PAGE NUMBER SEVENTEEN

of CIVIL LITIGATION

against   ROGER MARI'S

ESTATE , . FAMOUS

BASEBALL   PLAYER .

(   CIVIL CASE NUMBER
(
(
(
(
(

_____

POLYGRAPH EXAMS WILL PROVE THESE WORDS.

As  I Alan Geatz also alledge that. ROGER MARIS also knew about
the organized  event of WILLIAM GEATZ and his family , on the
date of EASTER SUNDAY about the year of NINETEEN sixty four , or
NINETEEN SIXTY FIVE , as the traumatic EXPERIANCES continued
against my severly injured , severly INCAPACATITE Brain as
I Alan Geatz and MIKE GEATZ ☷☷☷ and  I Alan Geatz were playing
downstairs of WILLIAM GEATZ'S house in South Grand Forks ,
North Dakota , ,at the foot of the stairs  as WILLIAM GEATZ
and the family were sitting at the EASTER DINNER TABLE as
Karen Marie Geatz , told Natalie  Geatz , to " GO SEE ALAN. "
as I Alan Geatz heard Karen Marie Geatz tell Natalie Geatz
say  " GO SEE ALAN . " as NATALIE GEATZ came down the stairs
and my INCAPACATITE brain said to MIKE GEATZ , " watch this . "
These words are true .
Dated this ___T̲h̲i̲r̲t̲y̲t̲h̲___ Day of ___N̲o̲v̲e̲m̲b̲e̲r̲___ year ___A̲N̲D̲ ̲T̲w̲e̲n̲t̲y̲___ two tHousand

ALAN GEATZ  J. Meats

United States Supreme Court
One First Street N.E.
Washington D.C. 20543

Before The Court

CIVIL LITIGATION CASE NO.

PAGE NUMBER 🖊 EIGHTEEN                 (

OF CIVIL LITIGATION                    (

against ROGER MARIS                    (

ESTATE . , THE FAMOUS BASEBALL PLAYER .    _____


POLYGRAPH EXAMS WILL PROVE THESE WORDS .


As Natalie Geatz came down the Stairs and stood in front of me

Alan Geatz  , as I Alan Geatz stuck my hand down into her

UNDERPANTs , as NATALIE  GEATZ stood there . , and MIKE  GEATZ

watched , the horryfing event . , as Natalie Geatz turned around

and walked upstairs , very fast , as I Alan Geatz sat there

and watched Natalie Geatz walk away . , and go upstairs , as

Marge Thurlow Geatz came down the stairs , and said to me

Alan Geatz and my INCAPACATITE brain ,  , " WHAT DID YOU DO TO

HER ? "  As I Alan Geatz screamed at MARGE THURLOW GEATZ ,

and said " I didnt't do anything ! " as my INCAPACATITE brain

continued to recieve the inflicted traumas , from the

Conspiratoers and criminal conspirator's organized brains as

the conspiracy and criminal conspiracy continued against me

Alan Geatz a severly injured , severly disabled Tax Payer two THOUSA

true words . Dated this _THiRtyTH_ day of __NOUEMBER__ year _AND twen_

ALAN GEATZ
Alan L. Yeats

United States Supreme Court
One First Street N.E.
Washington D.C. 20543

CIVIL CASE NUMBER

PAGE NUMBER NINETEEN

OF CIVIL LITAGATITION AGAINST

THE ESTATE OF ROGER

MARIS , FAMOUS BASEBALL

PLAYER , WHO BROKE BABE

RUTH'S HOME RUN RECORD .

(
(
(
(
(
(
(
(  _____


POLYGRAPH EXAMS WILL PROVE THESE WORDS .


As I Alan Geatz alledge that ROGER MARIS , FAMOUS BASEBALL
PLAYER KNEW ABOUT most of the organized but possibly not all
of the organized conduct and criminal conduct , that these
people displayed to me Alan Geatz , during the NINETEEN FIFTY'S ,
NINETEEN SIXTY'S , NINETEEN SEVENTY'S , NINETEEN EIGHTY'S ,
NINETEEN NINTY'S , and on up to the present day . as the conduct
of the DESTRUCTION of my peaceful  INCAPACATITE  BRAIN ,
continued to recieve the inflicted traumas as the conduct and
CRIMINAL CONDUCT is IDENTIFIED as ,,,   MENTAL ABUSE AND MENTAL
TORTURE OF ME ALAN GEATZ TITLE EIGHTEEN TWENTY ONE THIRTEEN TO
TWENTY THREE TEN TORTURE TWENTY THREEFORTY A. CHAPTER ONE ONE
THREE C. PAGE FIVE SIXTY ONE . THESE WORDS ARE TRUE WORDS.

Dated This _THIRTY TH_ day of _NOVEMBER_ year _two thousand AND twenty._

ALAN GEATZ

Alan L. Geatz

```
                    United States Supreme Court
                       One First Street N.E.
                       Washington D.C. 20543

                              CIVIL LITIGATION CASE NUMBER

                                   (
PAGE NUMBER TWENTY OF              (
                                   (
CIVIL LITIGATION                  (
                                   (
AGAINST THE ESTATE OF       (      (    _____
                                   (
ROGER MARIS , FAMOUS BASEBALL     (
                                   (
PLAYER WHO BROKE

BABE RUTH'S HOME RUN RECORD .



POLYGRAPH EXAMS WILL PROVE THESE WORDS .
```

ALSO TITLE EIGHTEEN RULE THIRTY TWO   TWO PAGE THREE FORTY

ONE FORFIETURE OF PROPERTY , CIVIL REMEDY FOR PERSONAL INJURIES

As POLYGRAPH EXAMS WILL PROVE THESE WORDS . .

I Alan Geatz also say that , it is possible that the

WHITE SLAVE ACT , , and the WHITE SLAVE TRAFFIC ACT and MANN

ACT WERE VIOLATED , POSSIBLY ROGER MARIS , and WILLIAM GEATZ

AND MARGE THURLOW GEATZ , AND DELL LAMOINE , AND KEN HUNT ,

AND BOBBY HUNT , AND PERCY HUNT , ,AND ALSO RANDY

WOSICK , AND ALSO RICHARD BJERKE , , and BRAD KENNEDY . .

AND DEBBIE WOSICK , and HER MOTHER , MRS WOSICK . , as the

CONSPIRACY'S and CRIMINAL CONSPIRACY'S continue concerning this

CASE .   . TRUE WORDS .

Dated this _THIRTY+H_ day of _NOVEMBER_ year _two thousand ANP twenty._

ALAN GEATZ

United States Supreme Court
One First Street N.E.
Washington D.C. 20543

Before The Court

PAGE NUMBER TWENTYONE                    CIVIL CASE NUMBER
                                         (
OF CIVIL LITIGATION                      (
                                      (
AGAINST THE ROGER MARIS ESTATE        (
                                      (
THE FAMOUS BASEBALL PLAYER            (
                                      (
WHO ALLEDGELLY BROKE

BABE RUTH'S HOME RUN RECORD  _____


POLYGRAPH EXAMS WILL DROVE THESE WORDS .


As I Alan Geatz alledge that ROGER MARIS , FAMOUS BASEBALL

PLAYER KNEW ABOUT ALMOST ALL OF THE CONDUCT AND CRIMINAL CONDUCT

THAT THESE ORGANIZED CRIME PEOPLE , and these PEOPLE DISPLAYED

TO ME ALAN GEATZ , AS THAT CONDUCT WAS

DISPLAYED TO ME ALAN GEATZ BETWEEN The YEARS OF NINETEEN TEN5

NINETEEN TWENTY'S NINETEEN THIRTY'S NINETEEN FORTY'S  NINETEEN

FIFTY'S NINETEEN SIXTY'S NINETEEN SEVENTY'S NINETEEN EIGHTY'S

NINETEEN NINTY'S , THE YEARS OF THE TWO THOUSAND'S THE YEARS OF

THE TWO THOUSAND'S AND TWENTY'S , AND ANY FUTURE EARNING'S

CONCERNING ANY INFROMATION CONCERNING ME ALAN GEATZ , ON INTO

THE FUTURE FOREVER .   ALSO THE ~~~~~~~ TEN'S .   *two thousAND*   *two thousAnd AND twenty.*

TRUE WORDS.
Dated This __*THiRtyth*__ DAY OF *NOVemBer* YEAR _____

*ALAN GEAtz*
*alan L. Geatz*